MAYER BROWN LLP
MICHAEL CYPERS (SBN 100641)
JOHN NADOLENCO (SBN 181128)
  jnadolenco@mayerbrown.com
KRISTEN ROWSE (SBN 235294)
  krowse@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants
LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. and LOVE'S COUNTRY STORES OF CALIFORNIA

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL AZOIANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., LOVE'S COUNTRY STORES OF CALIFORNIA, and DOES 1-10,<br><br>Defendants. | CASE NO. EDCV07-0090 ODW (OPx)<br><br>**[PROPOSED]** ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Judge:   Hon. Otis D. Wright, II<br>Ctrm:    Spring Street, Rm 11 |

1 | Having considered the Stipulation for Dismissal filed by Plaintiff Michael Azoiani ("Plaintiff") and Defendants Love's Travel Stops & Country Stores, Inc. and Love's Country Stores of California (jointly, "Love's"), and for good cause appearing, IT IS HEREBY ORDERED that:

    (1)    Plaintiff hereby dismisses his claims against Love's pursuant to Federal Rule of Civil Procedure 41(a) with prejudice.

    (2)    Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 6, 2008

_____
The Honorable Otis D. Wright II
United States District Judge

-1-

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. CV07-0090 ODW (OPX)